No. 95. BUNKER HILL COUNTRY CLUB *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederick L. Pearce* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 96. GOLDBERG-RUDKOWSKY *v.* EQUITABLE LIFE ASSURANCE SOCIETY. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Borris M. Komar* for petitioner. *Messrs. John W. Davis* and *Wm. C. Cannon* for respondent.

No. 140. KLOCHKOV *v.* PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Borris M. Komar* for petitioner. *Messrs. Frederick B. Campbell* and *Lounsbury D. Bates* for respondent.

No. 98. MOORE, EXECUTRIX, *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Preston B. Kavanagh* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 99. CITIES SERVICE CO. *v.* ARMSBY ET AL. October 14, 1935. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Ninth Circuit denied. *Messrs. Benjamin F. Bledsoe* and *Elvon Musick* for petitioner. No appearance for respondent.

No. 100. PFLUEGER ET AL. *v.* SHERMAN ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John Francis Neylan* and *Bartley C. Crum* for petitioners. *Messrs. Alfred Sutro, W. H. Lawrence, Eugene M. Prince,* and *W. L. Stanley* for respondents.

No. 101. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY ET AL. *v.* PRUDENCE-BONDS CORP. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. M. Richardson Lyeth, John Ross Delafield, Jackson A. Dykman, Thurlow M. Gordon, Timothy N. Pfeiffer, John W. Davis,* and *Emery H. Sykes* for petitioners. *Messrs. Archibald Palmer* and *Wm. P. Maloney* for respondents.

No. 105. ZACHRITZ *v.* ST. LOUIS SAN FRANCISCO RY. Co. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. W. S. Hogsett* for petitioner. *Messrs. Joseph W. Jamison, Henry S. Conrad,* and *L. E. Durham* for respondent.

No. 106. LUCKY TIGER COMBINATION GOLD MINING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit